UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ERICA SALDANA, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| MESILLA VALLEY TRANSPORTATION SOLUTIONS, LLC; OEP HOLDINGS, LLC; MVT TRANSPORTATION, LLC; and MVT HOLDINGS, LLC, | § § § § § § § | EP-23-CV-00061-DCG |
| *Defendants*. | § § | |

## ORDER DISMISSING CASE

The Court previously stayed and administratively closed the above-captioned case pending arbitration. Stay Order, ECF No. 4. The parties have now filed a joint stipulation dismissing the case with prejudice. *See* Stipulation, ECF No. 5.

The Court accordingly **DISMISSES** the case **WITH PREJUDICE**. Each party shall bear its own costs.

The Clerk of Court shall **CONVERT** this case's status from Stayed and Administratively Closed to **CLOSED**.

**So ORDERED and SIGNED this 16th day of July 2025.**

_____
DAVID C. GUADERRAMA
SENIOR U.S. DISTRICT JUDGE